

**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936

06/16/2015

Loan Number: ▓9161

Lynn Fegadel
1243 Royal Oak Dr
Dunedin, FL 34698

Property Address: 1243 Royal Oak Dr
Dunedin, FL 34698

Analysis Date:  06/15/2015

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## Account History

Dear Borrower(s),

**This statement details actual and scheduled activity in the escrow account from September 2013 through July 2015.**
**Any scheduled activity is denoted by an "s".**

The monthly mortgage payment for the last analysis was $1,413.33 of which $1,047.99 was for principal and interest and $34.80 was for optional insurance and $330.54 went into the escrow account.

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | $2,181.33 | $2,234.93 |
| Sep-2013 | $293.02-s | | | | | $2,474.35 | $2,527.95 |
| Oct-2013 | $293.02-s | | | | | $2,767.37 | $2,820.97 |
| *Nov-2013 | $293.02-s | | | $3,422.00 | Hazard Insurance | $3,060.39 | $-308.01 |
| | | | | | (POLICY # FRJH5483212 040000) | | |
| * | | | | $147.84 | County Tax | | $-455.85 |
| | | | | | (PARCEL # 232815772830 000220) | | |
| Dec-2013 | $293.02-s | | | | | $3,353.41 | $-162.83 |
| Jan-2014 | $293.02-s | | | | | $3,646.43 | $130.19 |

NMLS # 1852

ACCT_HIST_SHORTAGEM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 1 of 8



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| Feb-2014 | $293.02-s | | | | | $3,939.45 | $423.21 |
| Mar-2014 | $293.02-s | | | | | $4,232.47 | $716.23 |
| Apr-2014 | $293.02-s | | | | | $4,525.49 | $1,009.25 |
| May-2014 | $293.02-s | | | | | $4,818.51 | $1,302.27 |
| Jun-2014 | $293.02-s | | | | | $5,111.53 | $1,595.29 |
| Jul-2014 | $293.02-s | | | | | $5,404.55 | $1,888.31 |
| Aug-2014 | $293.02-s | | | | | $5,697.57 | $2,181.33 |
| Sep-2014 | $330.54-s | | | | | $6,028.11 | $2,511.87 |
| Oct-2014 | $330.54-s | | | | | $6,358.65 | $2,842.41 |
| *Nov-2014 | $330.54-s | | | $3,879.00 | Hazard Insurance | $6,689.19 | $-706.05 |
| | | | | | (POLICY # FRJH5483212 050000) | | |
| * | | | | $155.43 | County Tax | | $-861.48 |
| | | | | | (PARCEL # 232815772830 000220) | | |
| * | | | $147.84-s | | County Tax | $6,541.35 | $-861.48 |
| Dec-2014 | $330.54-s | | | | | $6,871.89 | $-530.94 |
| * | | | $3,422.00-s | | Hazard Insurance | $3,449.89 | $-530.94 |
| Jan-2015 | $330.54-s | | | | | $3,780.43 | $-200.40 |
| Feb-2015 | $330.54-s | | | | | $4,110.97 | $130.14 |
| Mar-2015 | $330.54-s | | | | | $4,441.51 | $460.68 |
| Apr-2015 | $330.54-s | | | | | $4,772.05 | $791.22 |
| May-2015 | $330.54-s | | | | | $5,102.59 | $1,121.76 |
| Jun-2015 | $330.54-s | | | | | $5,433.13 | $1,452.30 |
| Jul-2015 | $330.54-s | | | | | $5,763.67 | $1,782.84 |
| TOTALS | $7,152.18 | $0.00 | $3,569.84 | $7,604.27 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. An "s" indicates "scheduled payment".

NMLS # 1852                                                                           ACCT_HIST_SHORTAGEM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

OCW000002



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

Projected Payments - Last year, we projected that payments made from the escrow account would total $3,569.84. Under Federal law (RESPA), with projected payments of $3,569.84 the lowest monthly balance should not {exceed / fall below} $594.97 or 1/6 of anticipated payments from the account.

Summary of Actual Payments Made from Escrow (as shown above): $303.27 for property taxes, $7,301.00 for Hazard Insurance. Please review the details carefully. If any details appear incorrect, please contact us.

Loan Number: ████9161
Property Address: 1243 Royal Oak Dr
                  Dunedin, FL 34698
Analysis Date: 06/15/2015

Dear Borrower(s),

## ACCOUNT DISCLOSURE STATEMENT
## Projections for the Coming Year

### PLEASE REVIEW THIS STATEMENT CAREFULLY - THE MORTGAGE PAYMENT MAY BE AFFECTED

This is a prediction of activity in the escrow account during the coming escrow year based on:
(a) Anticipated payments to be paid into the escrow account
and
(b) Anticipated payments to be made from the escrow account

| Description of Next Disbursement | Due Date of Next Disbursement | Estimated Amount(s) of Next Disbursement |
|---|---|---|
| County Tax | Nov 2015 | $155.43 |
| Hazard Insurance | Dec 2015 | $3,879.00 |
| Total Annual Disbursements | | $4,034.43 |

| Target Escrow Payment | $336.20 = (1/12ᵗʰ of $4,034.43) |
|---|---|
| Starting Escrow Balance Needed as of Aug 2015 | $3,025.83 |

Target Escrow Payment $336.20 = $(1/12^{th}$ of $4,034.43)

| Month | Projected Payments To Escrow | Projected Payments From Escrow | Description | Projected Ending Balance | Required Bal Projections |
|---|---|---|---|---|---|
| Beginning Balance | | | | $1,782.84 | $3,025.83 |
| Aug-2015 | $336.20 | | | $2,119.04 | $3,362.03 |
| Sep-2015 | $336.20 | | | $2,455.24 | $3,698.23 |
| Oct-2015 | $336.20 | | | $2,791.44 | $4,034.43 |
| Nov-2015 | $336.20 | $155.43 | County Tax | $2,972.21 | $4,215.20 |

NMLS # 1852                                          ACCT_HIST_SHORTAGEM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 3 of 8

OCW000003



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936

| Month | Projected Payments To Escrow | Projected Payments From Escrow | Description | Projected Ending Balance | Required Bal Projections |
|---|---|---|---|---|---|
| | | | (PARCEL # 2328157728300002 20) | | |
| Dec-2015 | $336.20 | $3,879.00 | Hazard Insurance | $-570.59*** | $672.40(Cushion) |
| | | | (POLICY # FRJH548321205000 0) | | |
| Jan-2016 | $336.20 | | | $-234.39 | $1,008.60 |
| Feb-2016 | $336.20 | | | $101.81 | $1,344.80 |
| Mar-2016 | $336.20 | | | $438.01 | $1,681.00 |
| Apr-2016 | $336.20 | | | $774.21 | $2,017.20 |
| May-2016 | $336.20 | | | $1,110.41 | $2,353.40 |
| Jun-2016 | $336.20 | | | $1,446.61 | $2,689.60 |
| Jul-2016 | $336.20 | | | $1,782.81 | $3,025.80 |
| TOTALS= | $4,034.40 | $4,034.43 | | | |

**Escrow cushion and potential escrow shortage**

In the event there is a tax and/or insurance increase over the coming escrow year, Federal law (RESPA) allows additional funds to be held to prevent the escrow account from being overdrawn.
This additional amount, which is called a cushion, may be up to 1/6th of the total payments estimated to be made from the escrow account for the coming escrow year.
To avoid a shortage, the escrow balance should not fall below the cushion amount at any time during the coming escrow year.

Expected Balance Deficiency - According to the projections for the coming year, the expected escrow balance is $1,782.84, making the expected escrow balance deficiency $0.00 (the balance deficiency equals the total amount paid into escrow minus the total amount of money to be paid out for the year). Total escrow shortage - Based on the expected balance deficiency of $0.00, and the minimum required balance/cushion of $672.40, an additional $1,242.99 is needed for the escrow balance. Projected Monthly Payment for Escrow - The anticipated total shortage amount of $1,242.99 has been spread over 36 months and broken into 36 equal payments of $34.53 per month (the total anticipated shortage divided by 36). The shortage spread amount of $34.53 will be added to the target escrow payment of $336.20 calculated above, for a sum total of $370.73. This total, $370.73, will be the monthly amount due for payment into escrow.

## Escrow Account Projections

**Total Anticipated Payments.** The anticipated payments from escrow for the coming year total $4,034.43.

**Required Cushion/Minimum Balance.** The required cushion amount is $672.40 (1/6 of $4,034.43).

NMLS # 1852

ACCT_HIST_SHORTAGEM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

OCW000004



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

Therefore, the first monthly mortgage payment for the coming escrow year, beginning with the payment due on 08/01/2015, will be $1,453.52 of which $1,047.99 will be for principal and interest and $34.80 will be for optional insurance and $370.73 will go into the escrow account. Note - The shortage amount may be paid directly. All or part of the above shortage may be sent to OCWEN at the address provided below. If the shortage is paid, the monthly payment will be adjusted accordingly.

If you have any questions in this regard, please do not hesitate to contact us. Our hours of operation are Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,
Ocwen Loan Servicing, LLC

---

NMLS # 1852                                                                    ACCT_HIST_SHORTAGEM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

OCW000005



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936

THIS COUPON MUST BE INCLUDED WITH ESCROW SHORTAGE PAYMENT

### Escrow Shortage Payment

| Lynn Fegadel<br>1243 Royal Oak Dr<br>Dunedin, FL 34698 | Loan Number | Total Shortage |
|---|---|---|
| | ▓▓▓9161 | $1,242.99 |
| *Payable to:*<br>Ocwen Loan Servicing LLC | *Note - If the escrow shortage amount of $1,242.99, is paid, the monthly escrow payment will be adjusted accordingly* | |
| Attn: Escrow Department | | |
| P.O. Box 24737 | | |
| West Palm Beach, FL 33416-4737 | *Amount of Payment $* _____ | |

NMLS # 1852                                                                 ACCT_HIST_SHORTAGEM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

OCW000006



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

# Understanding your escrow account

**What is an escrow account?**
An escrow account is established for the payment of your annual property taxes and insurance premiums. Your escrow account is funded by monthly escrow installments which are billed to you along with your principal and interest payments in accordance with RESPA (Real Estate Settlement Procedures Act) and state guidelines. This is a free service provided by Ocwen to facilitate the timely payment of your property taxes and insurance. Failure to pay your property taxes can result in the loss of your property through a tax sale. Failure to pay your insurance will result in lender placed insurance coverage, which may require a higher premium than your current policy. To prevent these situations, we strongly recommend that our homeowners retain an escrow account. Unless required by state law, Ocwen will not typically pay homeowners association dues and some other items commonly referred to as "special assessments."

**Is there a minimum balance that must be held in the escrow account?**
Yes. Your escrow account will have what is commonly referred to as a "cushion," which helps to prevent the account from having a negative balance due to any unanticipated disbursements or increases in escrow items. The escrow cushion is calculated as two escrow payments, or 1/6th of your total estimated yearly tax and insurance payments. For example, if the sum of your yearly tax dues and your yearly insurance premium equal $3,000, your escrow cushion amount will be $500 ($3,000 divided by 6). In this example you should never have an escrow balance of less than $500.
*Note that cushion requirements vary by state. Please contact the customer service department for more information on state-specific requirements.*

**What is an escrow analysis?**
An escrow analysis is a review of your yearly property tax and insurance obligations and is used to determine the escrow payment required to cover future tax and insurance installments. Ocwen will send you an escrow analysis statement at least once every 12 months with the history and projections of your incoming and outgoing payments

**What happens if my escrow balance is lower than it should be?**
Due to changes in your property taxes or insurance premiums, it is possible that your escrow account could end up with a balance which is less than the target cushion amount. This is referred to as a "Shortage". Any shortage of funds in your escrow account will be determined at the time of your escrow analysis.
In order to repay the shortage amount, you have two options:
- Pay your shortage all at once. Once the payment is received, your escrow account will be reanalyzed, and a new escrow analysis statement will be sent to you.
- If you take no action, Ocwen will add the amount of the shortage to your escrow payment and will spread the collection of the shortage amount over a prorated period specified on the escrow analysis statement. If you are unable to make your mortgage payment, please contact the Ocwen Customer Care Center at (800) 746-2936 to discuss your options.

**What happens if my escrow balance is higher than it should be?**
Due to changes in your property taxes or insurance premiums, it is possible that your escrow account could end up with a balance which is greater than the required cushion amount. This is referred to as a "Surplus". This is determined at the time of the escrow analysis. The surplus funds will be sent to you within 30 days of the date of the escrow analysis, provided your account is current as of the date the escrow analysis is completed.

**Why did my taxes or insurance go up?**
Please contact your local taxing authority or insurance provider to obtain this information.

**I received a notice for delinquent taxes or insurance.**
If you receive a notice for delinquent taxes or insurance, please contact and fax the notice to Attn: Escrow Department at (561) 682-

NMLS # 1852                                                                ACCT_HIST_SHORTAGEM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

OCW000007



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL  33409
Toll Free: (800) 746 - 2936

7875.  Research will be performed on the delinquency and your escrow account will be reviewed.

**I want to cancel my escrow account and pay my property taxes or insurance myself.**
Maintaining your escrow account is a free service provided by Ocwen to ensure that your property taxes and insurance are paid in a timely manner.  However, if you wish to cancel your escrow account and it is allowable investor requirements, please contact and fax your request to Attn: Escrow Department at (561) 682-7875.  Your escrow account may be considered for cancellation, as long as it meets each of the following criteria. (Additional exclusions may apply)
- You have been current on your mortgage payments for the past 12 months.
- Your loan does not have a negative escrow balance or any other outstanding delinquencies.
- You do not have a tax or insurance payment due in the next 45 days.
- You do not have a force placed insurance policy.
- Your loan has not been modified within the last 12 months to include escrow.

**I still have questions about my escrow account.**
Please contact the Customer Care Center at (800) 746-2936, Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

*This document is for informational purposes only.  Please refer to your escrow analysis statement for specific information regarding your escrow account.*

© *Ocwen Financial Corporation. All Rights Reserved*

NMLS # 1852                                                                                          ACCT_HIST_SHORTAGEM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

OCW000008

**OCWEN**

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

## Mortgage Account Statement

| Property Address | 1243 Royal Oak Dr<br>Dunedin, FL 34698 |
|---|---|

| Statement Date | 07/16/15 |
|---|---|
| Account Number | ▓9161 |
| Due Date | Due Now |
| **Amount Due** | **$299,644.50** |

| Customer Care | 800-746-2936 |
|---|---|
| Insurance | 866-317-7661 |

| Account Information | | Total Amount Due | |
|---|---|---|---|
| Principal Balance* | $281,476.51 | Principal | $281,476.51 |
| Escrow Balance | -$5,369.34 | Interest | $11,040.19 |
| Maturity Date | October 1, 2035 | Escrow Advance | $5,369.34 |
| Interest Rate (until March 1, 2016) | 2.00000% | Past Due Fees/Other Charges | $1,758.46 |
| Prepayment Penalty | No | **Total Amount Due** | **$299,644.50** |
| | | *Alternative Payment – Reinstatement* | |
| | | Reinstatement amount (as of 7/16/15) | $33,814.81 |

*\* This is the Principal Balance only, not the amount required to pay the loan in full.*

### Activity Since Last Statement 06/16/15-07/16/15

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $.00 | $.00 |
| Total | $.00 | $.00 |

### Important News

To reinstate your loan, send a CERTIFIED payment (cashier's check, bank check, title check, attorney's escrow check or wire transfer) -- any other methods of payment will be returned. Before sending any payment, contact us to verify the amount needed to pay off or reinstate your loan. If you have an attorney, please provide a copy of this statement to your attorney.
If you have any questions about your loan, please call 1-800-746-2936 and ask to set up an appointment with Mustafa Jivaji, your relationship manager, or schedule an appointment at www.ocwencustomers.com.

**See reverse side for important information and state specific disclosures.**

**OCWEN**

Payment Coupon

Lynn Fegadel
Account Number: ▓9161

| AMOUNT DUE | $299,644.50 |
|---|---|
| Additional Principal | |
| Additional Escrow | |
| Late Charges and Fees | |
| Other Additional Payments | |
| **Total Enclosed** | |

Note: If the loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.

If this payment is made via automatic drafting, this statement is for informational purposes only.

OCWEN LOAN SERVICING, LLC
PO BOX 6440
CAROL STREAM IL 60197-6440

9161

OCW000009

Visit our website 24 hours a day at www.ocwencustomers.com

## Important Phone Numbers and Hours

Our automated telephone service will help you get fast and confidential answers to your questions. Be sure to have the Ocwen account number and social security number available for identification. You can call 24 hours a day, 7 days a week. Representatives are available to assist you during the following hours:

**Customer Care Center:** 1-800-746-2936   Monday-Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 9:00 am to 9:00 pm ET
**Homeowners Insurance:** 1-866-317-7661   Monday-Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 9:00 am to 9:00 pm ET

Special Number for the Hearing Impaired: 1-800-735-2943

## Payment and Correspondence Addresses

**Inquiries** — General inquiries/correspondence should be mailed separately from any account payments:

| **Research Department**** | **Regular Payments*** | **Express Payments** | |
| PO Box 24736 | PO Box 6440 | 2012 Corporate Lane, Suite 108 | |
| West Palm Beach, FL 33416-4736 | Carol Stream, IL 60197-6440 | Naperville, IL 60563-0726 | |

| **Insurance Department** | **Insurance Claims** | **Tax Bills** | **HELOC Closure Requests** |
| PO Box 659826 | PO Box 830497 | PO Box 24665 | PO Box 24642 |
| San Antonio, TX 78265-9126 | Irving, TX 75063-9404 | West Palm Beach, FL 33416-4665 | West Palm Beach, FL 33416-4642 |

*Please address all correspondence to Ocwen Loan Servicing, LLC to the attention of the appropriate department. Be sure to include the Ocwen account number, name and property address.*

*\* All checks should be made payable to Ocwen Loan Servicing, LLC. Do not send correspondence with any payment and ensure that the Ocwen account number, name and property address are written on the front of the check or money order.*

*\*\* This address must be used for all qualified written requests, notices of error, and/or requests for information.*

## Ocwen Fee Structure*

| Loan Documents | | Payments | |
|---|---|---|---|
| Collateral (Mortgage, Note and Riders) | FREE | Website - (pay before or within 10 days of due date) | FREE |
| Individual documents | FREE | Website - (pay 10 days or more after due date) | up to $10.00 |
| **Payment History** (free on www.ocwencustomers.com) | up to $5.00 | Automated Phone System | up to $12.00 |
| **Verification of Mortgage** (free on www.ocwencustomers.com) | up to $10.00 | Agent Assistance | up to $19.50 |
| **Amortization Schedule** | FREE | Returned Check Fee | up to $40.00 |

*\* These fees are subject to change and may not apply in all instances, depending upon applicable state laws.*

## Convenient Payment Options

**Online Payment Services** — Pay mortgage bills and view mortgage account statements online! To get started simply register for Account Access at www.ocwencustomers.com, log-in, and follow the enrollment instructions.

**ACH (Automated Payments)** — Automatic monthly payment withdrawals can now be easily setup and managed right from our website at www.ocwencustomers.com. Payments can be automatically drafted from a designated bank account on a monthly basis saving time and money, or as a one-time draft, that is free if drafted within ten days of the due date.

**Pay by Phone** — For information to use this quick and convenient service call the Customer Care number listed above. Please have the bank routing number and bank account number available. Fees may apply.

**Pay via Western Union® Quick Collect®** — To use this payment option, find the nearest location by calling 1-800-238-5772 or visiting www.westernunion.com and clicking on "Find A Location". The city code is "Ocwen" and the state is "FL". All payments should be made to "OCWEN" and provide the loan number.

**Pay via MoneyGram® and Express Payments®** — To find the nearest location, call 1-800-Moneygram or visit www.moneygram.com and click on "Locate MoneyGram Agent". At the agent location, please provide the clerk with the loan number, Receive Code 2355, the Company Name "OCWEN", the City Code "ORLANDO", and the State Code "FLORIDA". MoneyGram® and Express Payment® are registered marks of MoneyGram Payment Systems, Inc.

## Important Information

**Important Notice** — This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

**Payment Processing** — Payments received by 9:00 AM local time will be applied the same day as received.

**Electronic Debit** — When a check is provided as payment, we are authorized by the payor of the check either to use information from the check to make a one-time electronic funds transfer from the designated account or to process the payment as a check transaction. When we use information from the check to make an electronic funds transfer, funds may be withdrawn from the designated account as soon as the same day the payment is received, and you will not receive the check back from the designated financial institution.

**Important Credit Reporting Notification** — We may report information about the account to credit bureaus. Late payments, missed payments, or other defaults on the account may be reflected in your credit report.

**Optional Product Information** — Failure to pay a monthly charge for an Optional Product billed under "Optional Products" will not cause the mortgage account to be in default. Please call the Customer Care number listed above if you have any questions or to cancel the Optional Product enrollment.

**Housing Counselor Information** — If you are experiencing financial difficulties and would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organization in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

## Important Bankruptcy Information

**If you have any questions regarding this statement, or do not want Ocwen to send you monthly statements in the future, please contact us at 1-888-554-6599. Bankruptcy payments from the Trustee should be mailed to Ocwen Loan Servicing, LLC, PO Box 24781, West Palm Beach, FL 33416-4781.**

## State Disclosures

**California Property Owners** — Additional accountings can be requested pursuant to Section 2954 of the California Civil Code.

**New York Property Owners** — As the mortgage servicer, we are registered with the New York Department of Financial Services. You may file complaints about us with the New York Department of Financial Services. You may also obtain additional information from the New York Department of Financial Services by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**Texas Property Owners** — COMPLAINTS REGARDING THE SERVICING OF THIS MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website at www.sml.texas.gov or obtained from the Department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**Colorado Property Owners** — **Important Notice for Customers in Colorado** — Ocwen Loan Servicing, LLC maintains an office in Denver, Colorado that accepts in-person payments. For other account inquiries, please call us at (800) 746-2936 or visit our website www.ocwencustomers.com.

Address:   1776 S. Jackson Street, #900
Denver, Colorado 80210
Telephone: (303) 327-8855



NMLS #: 1852    NC Permit #: 3946

OCW000010

**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do! ™*

1661 Worthington Road, Ste.100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

OCWEN

8/4/2015

Loan Number: ███████9161

Lynn Fegadel

1243 Royal Oak Dr
Dunedin, FL 34698

**Property Address:**
1243 Royal Oak Dr
Dunedin, FL 34698

### BILLING CORRECTION

#### EXPENSE WAIVED ON YOUR ACCOUNT

Dear Customer(s),

During a routine review of our accounts, we discovered an overcharge for property preservation and/or property inspection fees on your account in the amount of $ 8.75. To correct this overcharge, we waived the overcharge amount from the fees that remain outstanding on your account. This will be reflected on your next monthly billing statement. We sincerely apologize to you for any inconvenience caused by this issue.

If you have any questions about this letter or your account, please call our Customer Care Center toll-free at (800) 746-2936. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET. Again, we apologize for any inconvenience.

Sincerely,

Loan Servicing

███████9161                                                                                   *Expense Waived _v2.0*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS # 1852

OCW000011

**O C W E N**

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

**Mortgage Account Statement**

| Property Address | 1243 Royal Oak Dr |
| | Dunedin, FL 34698 |

8/16/15 4:13 PM 2  001942I 2015081II-FS49 CCWSTMT 1 sij DDM KHFSH80050' 146251 M/5

‌‌lllⁱlⁱllⁱⁱlⁱllⁱlⁱllⁱlⁱⁱlⁱⁱlⁱⁱlⁱllⁱⁱⁱlⁱllⁱlⁱⁱlⁱⁱlⁱⁱl

LYNN FEGADEL
1243 ROYAL OAK DR
DUNEDIN FL  34698-3114



| Statement Date | 08/17/15 |
| Account Number | 9161 |
| Due Date | Due Now |
| **Amount Due** | **$303,346.52** |

| Customer Care | 800-746-2936 |
| Insurance | 866-317-7661 |

---

### Account Information

| | |
|---|---|
| Principal Balance* | $281,476.51 |
| Escrow Balance | -$5,369.34 |
| Maturity Date | October 1, 2035 |
| Interest Rate (until March 1, 2016) | 2.00000% |
| Prepayment Penalty | No |

\* This is the Principal Balance only, not the amount required to pay the loan in full.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $281,476.51 |
| Interest | $11,524.96 |
| Escrow Advance | $5,369.34 |
| Fees/Other Charges (Since Last Statement) | $3,226.00 |
| Past Due Fees/Other Charges | $1,749.71 |
| **Total Amount Due** | **$303,346.52** |
| *Alternative Payment – Reinstatement* | |
| Reinstatement amount (as of 8/17/15) | $38,485.58 |

---

### Activity Since Your Last Statement (07/17/15 to 08/17/15)

**How Payments & Charges were Applied**

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/29/15 | 07/29/15 | Waived Property Inspection Fee | $8.75 | | | | $34.80* | | $8.75 | |
| 08/03/15 | | Charge - FC Thru Complaint | -$1260.00 | | | | | | -$1260.00 | |
| 08/17/15 | | PREM - Mass Marketing Insurance Gro | -$21.95 | | | | -$21.95 | | | |
| 08/17/15 | | PREM - Mass Marketing Insurance Gro | -$12.85 | | | | -$12.85 | | | |

---

### Payment Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $8.75 | $8.75 |
| Unapplied Funds** | $.00 | $.00 |
| Total | $8.75 | $8.75 |

### Special Notices

---

### Important Notices

Our records indicate that your loan is in foreclosure, Accordingly, this statement may be for informational purposes only. Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal. Your loan has been accelerated (the past due balance, all fees, and your remaining principal balance is now due in full). This statement is not considered a payoff quote -- you are still responsible for any additional fees and expenses that post to your account after the statement date. Any funds in your escrow account remain in the account, and have not been applied to your amount due. Once the accelerated amount due is received, any escrow account overages will be returned to you within 20 days. You can still reinstate your loan (bring your account to a current status) and avoid foreclosure. The amount required to reinstate your loan as of the date of this statement is listed above. To reinstate your loan, send a CERTIFIED payment (cashier's check, bank check, title check, attorney's escrow check or wire transfer) -- any other methods of payment will be returned. Before sending any payment, contact us to verify the amount needed to pay off or reinstate your

**See reverse side for important information and state specific disclosures.**

---

**O C W E N**

**Payment Coupon**

| AMOUNT DUE | $303,346.52 |
| Additional Principal | |
| Additional Escrow | |
| Late Charges and Fees | |
| Other Additional Payments | |
| | |
| **Total Enclosed** | |

Note: If the loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.

If this payment is made via automatic drafting, this statement is for informational purposes only.

Lynn Fegadel
Account Number: 9161

OCWEN LOAN SERVICING, LLC
PO BOX 6440
CAROL STREAM IL 60197-6440

‌lllⁱlllⁱlⁱlⁱⁱlⁱⁱⁱⁱlⁱⁱⁱⁱlⁱllⁱlⁱllⁱⁱlⁱⁱlⁱⁱlⁱⁱllⁱⁱⁱllⁱⁱⁱlⁱⁱl

9161

Visit our website 24 hours a day at www.ocwencustomers.com

## Important Phone Numbers and Hours

Our automated telephone service will help you get fast and confidential answers to your questions. Be sure to have the Ocwen account number and social security number available for identification. You can call 24 hours a day, 7 days a week. Representatives are available to assist you during the following hours:

**Customer Care Center:**  1-800-746-2936  Monday-Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 9:00 am to 9:00 pm ET
**Homeowners Insurance:** 1-866-317-7661  Monday-Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 9:00 am to 9:00 pm ET

Special Number for the Hearing Impaired: 1-800-735-2943

## Payment and Correspondence Addresses

**Inquiries** — General inquiries/correspondence should be mailed separately from any account payments:

**Research Department****       **Regular Payments***        **Express Payments**
PO Box 24736                    PO Box 6440                  2012 Corporate Lane, Suite 108
West Palm Beach, FL 33416-4736  Carol Stream, IL 60197-6440  Naperville, IL 60563-0726

**Insurance Department**        **Insurance Claims**         **Tax Bills**                **HELOC Closure Requests**
PO Box 659826                   PO Box 630497                PO Box 24665                 PO Box 24642
San Antonio, TX 78265-9126      Irving, TX 75063-9404        West Palm Beach, FL 33416-4665  West Palm Beach, FL 33416-4642

*Please address all correspondence to Ocwen Loan Servicing, LLC to the attention of the appropriate department. Be sure to include the Ocwen account number, name and property address.*

* All checks should be made payable to Ocwen Loan Servicing, LLC. Do not send correspondence with any payment and ensure that the Ocwen account number, name and property address are written on the front of the check or money order.

** This address must be used for all qualified written requests, notices of error, and/or requests for information.

## Ocwen Fee Structure*

| Loan Documents | | Payments | |
|---|---|---|---|
| Collateral (Mortgage, Note and Riders) | FREE | Website - (pay before or within 10 days of due date) | FREE |
| Individual Documents | FREE | Website - (pay 10 days or more after due date) | up to $10.00 |
| Payment History (free on www.ocwencustomers.com) | up to $5.00 | Automated Phone System | up to $12.00 |
| Verification of Mortgage (free on www.ocwencustomers.com) | up to $10.00 | Agent Assistance | up to $19.50 |
| Amortization Schedule | FREE | Returned Check Fee | up to $40.00 |

* These fees are subject to change and may not apply in all instances, depending upon applicable state laws.

## Convenient Payment Options

**Online Payment Services** — Pay mortgage bills and view mortgage account statements online! To get started simply register for Account Access at www.ocwencustomers.com, log-in, and follow the enrollment instructions.

**ACH (Automated Payments)** — Automatic monthly payment withdrawals can now be easily setup and managed right from our website at www.ocwencustomers.com. Payments can be automatically drafted from a designated bank account on a monthly basis saving time and money, or as a one-time draft, that is free if drafted within ten days of the due date.

**Pay by Phone** — For information to use this quick and convenient service call the Customer Care number listed above. Please have the bank routing number and bank account number available. Fees may apply.

**Pay via Western Union® Quick Collect®** — To use this payment option, find the nearest location by calling 1-800-238-5772 or visiting www.westernunion.com and clicking on "Find A Location". The city code is "Ocwen" and the state is "FL". All payments should be made to "OCWEN" and provide the loan number.

**Pay via MoneyGram® and Express Payments®** — To find the nearest location, call 1-800-Moneygram or visit www.moneygram.com and click on "Locate MoneyGram Agent". At the agent location, please provide the clerk with the loan number, Receive Code 2355, the Company Name "OCWEN", the City Code "ORLANDO", and the State Code "FLORIDA". MoneyGram® and Express Payment® are registered marks of MoneyGram Payment Systems, Inc.

## Important Information

**Important Notice** — This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

**Payment Processing** — Payments received by 9:00 AM local time will be applied the same day as received.

**Electronic Debit** — When a check is provided as payment, we are authorized by the payor of the check either to use information from the check to make a one-time electronic funds transfer from the designated account or to process the payment as a check transaction. When we use information from the check to make an electronic funds transfer, funds may be withdrawn from the designated account as soon as the same day the payment is received, and you will not receive the check back from the designated financial institution.

**Important Credit Reporting Notification** — We may report information about the account to credit bureaus. Late payments, missed payments, or other defaults on the account may be reflected in your credit report.

**Optional Product Information** — Failure to pay a monthly charge for an Optional Product billed under "Optional Products" will not cause the mortgage account to be in default. Please call the Customer Care number listed above if you have any questions or to cancel the Optional Product enrollment.

**Housing Counselor Information** — If you are experiencing financial difficulties and would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organization in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

## Important Bankruptcy Information

**If you have any questions regarding this statement, or do not want Ocwen to send you monthly statements in the future, please contact us at 1-888-554-6599. Bankruptcy payments from the Trustee should be mailed to Ocwen Loan Servicing, LLC, PO Box 24781, West Palm Beach, FL 33416-4781.**

## State Disclosures

**California Property Owners** — Additional accountings can be requested pursuant to Section 2954 of the California Civil Code.

**New York Property Owners** — As the mortgage servicer, we are registered with the New York Department of Financial Services. You may file complaints about us with the New York Department of Financial Services. You may also obtain additional information from the New York Department of Financial Services by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**Texas Property Owners** — COMPLAINTS REGARDING THE SERVICING OF THIS MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website at www.sml.texas.gov or obtained from the Department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**Colorado Property Owners** — **Important Notice for Customers in Colorado** — Ocwen Loan Servicing, LLC maintains an office in Denver, Colorado that accepts in-person payments. For other account inquiries, please call us at (800) 746-2936 or visit our website www.ocwencustomers.com.

Address:  1776 S. Jackson Street, #900
          Denver, Colorado 80210
          Telephone: (303) 327-8955

NMLS #: 1852     NC Permit #: 3946

OCW000013



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

8/26/2015

Loan Number: ███9161

Lynn Fegadel

C/O Sandra H Day PO Box 5535
Spring Hill, FL 34611-5535

**Property Address:**
1243 Royal Oak Dr
Dunedin, FL 34698

## MORTGAGE ASSISTANCE RESOURCES

### A RELATIONSHIP MANAGER IS ASSIGNED AND READY TO HELP

Dear Customer(s),

We are pleased to assist in identifying solutions for any mortgage questions. We have assigned a dedicated mortgage assistance expert to help. The personal Relationship Manager for this account is Ashlee R Stutler. Ashlee R Stutler, will carefully review the situation and application materials, make sure the information is complete and work to identify the best potential resolution options.

### IMPORTANT NEXT STEPS

1. **To Communicate with the Relationship Manager:**

   Call toll-free – (800) 764-2656 to reach your Relationship Manager. Our office is open Monday through Friday 8:30 am to 6:30 pm ET. If your Relationship Manager is unavailable, you will be automatically transferred to a different Relationship Manager who will be able to help you.

2. **All application materials should be sent:**

   Any application documents and/or attachments should be emailed to the Relationship Manager at rma@ocwen.com. The Relationship Manager can receive emailed documents at this address but cannot reply from this email address. The Relationship Manager can be reached at (800) 764-2656 with any questions. The correct name and loan number should be on all documents and communications.

███9161

*SPOC Specialized_v2.0*

Notice Regarding Bankruptcy: Please be advised that this letter is in no way an attempt to collect either a pre-petition, post-petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has been paid in full or already foreclosed upon, this is not an attempt to collect any additional funds from you.

NMLS # 1852

OCW000014



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

OCWEN

| For fastest processing, Email or Fax documents to: | Or | Mail documents to: |
|---|---|---|
| **Email:** rma@ocwen.com<br>**Fax:** (561) 682-8562 | | Ocwen Loan Servicing, LLC.<br>Attn: Home Retention Department<br>1661 Worthington Road, Ste 100<br>West Palm Beach, FL 33409 |

3.   **We will send account updates and other important information by mail or email as needed.**

We look forward to working with you!

Sincerely,

Loan Servicing

9161                                                                                              *SPOC Specialized_v2.0*

Notice Regarding Bankruptcy: Please be advised that this letter is in no way an attempt to collect either a pre-petition, post-petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has been paid in full or already foreclosed upon, this is not an attempt to collect any additional funds from you.

OCW000015

**Ocwen Loan Servicing, LLC**
WWW.OCWENCUSTOMERS.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

9/16/2015

Loan Number: ▮▮▮9161

Lynn Fegadel

C/O Sandra H Day
P.O. Box 5535
Spring Hill, FL 34611-5535

**Property Address:**
1243 Royal Oak Dr
Dunedin, FL 34698

## MORTGAGE ASSISTANCE RESOURCES

### A RELATIONSHIP MANAGER IS ASSIGNED AND READY TO HELP

Dear Customer(s),

Ocwen Loan Servicing, LLC is pleased to assist you in identifying solutions for any mortgage questions. **We have assigned a dedicated mortgage assistance expert to help you, Jivaji Mustafa, who will be your personal Relationship Manager.** Jivaji Mustafa will carefully review the situation and application materials, make sure all information is complete, and work with you to identify the best potential resolution options.

### Important Next Steps

1. **Schedule an in-depth phone consultation with your Relationship Manager.**
   - Call our Bankruptcy Department at **(888) 554-6599** between the hours of 8:00 am and 9:00 pm ET Monday through Friday to schedule an appointment with your Relationship Manager.
   - Schedule a phone appointment online at www.ocwencustomers.com. Simply login to the account and  click the "Talk to your Relationship Manager" option.
   - You may also email your Relationship Manager at RelationshipManager@ocwen.com.  Please include your Relationship Manager's name in the subject line of your email.

2. **Send us any Loss Mitigation Application materials.**
   - Email any application documents and/or attachments to rma@ocwen.com.
   - Be sure to put your name and the loan number on all documents and communications.
   - Your Relationship Manager can receive your emailed documents at this address, but cannot reply from this address. Please give us a call to ask questions or schedule an appointment at (800)746-2936, or email RelationshipManager@ocwen.com.

| **For fastest processing,** email or fax documents to: | Or mail documents to: |
|---|---|
| **Email:** rma@ocwen.com | Ocwen Loan Servicing, LLC |
| **Fax:** (678) 497-4478 | Attn: Home Retention Department |
| | 1661 Worthington Road, Ste 100 |
| | West Palm Beach, FL 33409 |

Sincerely,
Loan Servicing

▮▮▮9161

*RMBKv2.2*

Notice Regarding Bankruptcy: Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt.  If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay.  If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally.  Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has been paid in full or already foreclosed upon, this is not an attempt to collect any additional funds from you.

OCW000016

**OCWEN**

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

**Mortgage Account Statement**

| Property Address | 1243 Royal Oak Dr |
| | Dunedin, FL 34698 |

| Statement Date | 09/16/15 |
| Account Number | 9161 |
| Due Date | Due Now |
| **Amount Due** | **$304,720.01** |

| Customer Care | 800-746-2936 |
| Insurance | 866-317-7661 |

9/9/15 10:21 AM 3  001623B 2015091716FAW6 0CWSTM7 1 ej DOM KIFAW60007 149951 MS

LYNN FEGADEL
1243 ROYAL OAK DR
DUNEDIN FL 34698-3114



### Account Information

| Principal Balance* | $281,476.51 |
| Escrow Balance | -$5,369.34 |
| Maturity Date | October 1, 2035 |
| Interest Rate (until March 1, 2016) | 2.00000% |
| Prepayment Penalty | No |

### Explanation of Amount Due

| Principal | $281,476.51 |
| Interest | $11,978.45 |
| Escrow Advance | $5,369.34 |
| Fees/Other Charges (Since Last Statement) | $920.00 |
| Past Due Fees/Other Charges | $4,975.71 |
| **Total Amount Due** | **$304,720.01** |
| *Alternative Payment – Reinstatement* | |
| Reinstatement amount (as of 9/16/15) | $40,859.10 |

* This is the Principal Balance only, not the amount required to pay the loan in full.

### Activity Since Last Statement (08/17/15-09/16/15)

**How Payments & Charges were Applied**

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/ Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/15 | | Charge - Service of Process | -$640.00 | | | | | | -$640.00 | |
| 08/31/15 | | Charge - FC Thru Service Complete | -$280.00 | | | | | | -$280.00 | |
| 09/16/15 | | PREM - Mass Marketing Insurance Gro | -$21.95 | | | | -$21.95 | | | |
| 09/16/15 | | PREM - Mass Marketing Insurance Gro | -$12.85 | | | | -$12.85 | | | |

### Explanation of Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $8.75 |
| Unapplied Funds** | $.00 | $.00 |
| Total | $.00 | $8.75 |

### Past Payments

### Important Information

Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only. Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.
Your loan has been accelerated (the past due balance, all fees, and your remaining principal balance is now due in full). This statement is not considered a payoff quote -- you are still responsible for any additional fees and expenses that post to your account after the statement date. Any funds in your escrow account remain in the account, and have not been applied to your amount due. Once the accelerated amount due is received, any escrow account overages will be returned to you within 20 days. You can still reinstate your loan (bring your account to a current status) and avoid foreclosure. The amount required to reinstate your loan as of the date of this statement is listed above.
To reinstate your loan, send a CERTIFIED payment (cashier's check, bank check, title check, attorney's escrow check or wire transfer) -- any other methods of payment will be returned. Before sending any payment, contact us to verify the amount needed to pay off or reinstate your

**See reverse side for important information and state specific disclosures.**

---

**OCWEN**

### Payment Coupon

| AMOUNT DUE | $304,720.01 |
| Additional Principal | |
| Additional Escrow | |
| Late Charges and Fees | |
| Other Additional Payments | |
| | |
| Total Enclosed | |

Lynn Fegadel
Account Number: 9161



Note: If the loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.

If this payment is made via automatic drafting, this statement is for informational purposes only.

OCWEN LOAN SERVICING, LLC
PO BOX 6440
CAROL STREAM IL 60197-6440

9161

OCW000017

| LOANNUMBER | ACTIONCDE | RESULTCDE | RESULTDESC | CONTACT | CREATEDBY | ACTIONDT | ACTIONTIME | FROMSCRIPTING | QUEUECDE | FOLLOWUPDT |
|---|---|---|---|---|---|---|---|---|---|---|
| 9161 | | | | | | 2/9/2015 | 9:13:00 AM | | | |
| 9161 | | | | | | 2/9/2015 | 9:13:22 AM | | | 2/9/2015 |
| 9161 | | | | | | 2/5/2015 | 9:27:00 AM | | | 2/5/2015 |
| 9161 | | | | | | 2/5/2015 | 9:28:00 AM | | | |
| 9161 | | | | | | 1/29/2015 | 6:32:00 PM | | | 1/29/2015 |
| 9161 | | | | | | 1/29/2015 | 6:32:00 PM | | | |
| 9161 | | | | | | 1/27/2015 | 4:56:00 PM | | | |
| 9161 | | | | | | 1/27/2015 | 4:56:00 PM | | | 1/27/2015 |
| 9161 | | | | | | 1/16/2015 | 6:29:00 PM | | | 1/16/2015 |
| 9161 | | | | | | 1/16/2015 | 6:29:00 PM | | | |
| 9161 | | | | | | 12/31/2014 | 4:29:00 PM | | | 12/31/2014 |
| 9161 | | | | | | 12/31/2014 | 4:29:00 PM | | | |
| 9161 | | | | | | 12/24/2014 | 9:30:00 AM | | | |
| 9161 | | | | | | 12/24/2014 | 9:30:00 AM | | | 12/24/2014 |
| 9161 | | | | | | 12/17/2014 | 5:18:00 PM | | | |
| 9161 | | | | | | 12/17/2014 | 5:18:00 PM | | | 12/17/2014 |
| 9161 | | | | | | 12/15/2014 | 8:45:00 PM | | | |
| 9161 | | | | | | 12/15/2014 | 8:45:00 PM | | | 12/15/2014 |
| 9161 | | | | | | 12/11/2014 | 5:41:00 PM | | | 12/11/2014 |
| 9161 | | | | | | 12/11/2014 | 5:45:00 PM | | | 12/11/2014 |
| 9161 | | | | | | 12/9/2014 | 8:33:00 PM | | | 12/9/2014 |
| 9161 | | | | | | 12/5/2014 | 2:57:00 PM | | | 12/5/2014 |
| 9161 | | | | | | 12/3/2014 | 1:04:00 PM | | | 12/3/2014 |
| 9161 | | | | | | 11/28/2014 | 3:08:00 PM | | | 11/28/2014 |
| 9161 | | | | | | 11/21/2014 | 12:10:00 PM | | | 11/21/2014 |
| 9161 | | | | | | 11/14/2014 | 4:58:00 PM | | | 11/14/2014 |
| 916 | | | | | | 11/13/2014 | 11:29:00 AM | | | 11/13/2014 |
| 9161 | | | | | | 11/11/2014 | 12:30:00 PM | | | 11/11/2014 |
| 9161 | | | | | | 11/7/2014 | 4:32:00 PM | | | 11/7/2014 |
| 9161 | | | | | | 11/6/2014 | 5:51:00 PM | | | 11/6/2014 |
| 916 | | | | | | 11/5/2014 | 2:07:00 PM | | | 11/5/2014 |
| 9161 | | | | | | 11/3/2014 | 12:51:00 PM | | | 11/3/2014 |
| 161 | | | | | | 10/29/2014 | 10:17:00 AM | | | 10/29/2014 |
| 9161 | | | | | | 10/22/2014 | 10:47:00 AM | | | 10/22/2014 |
| 9161 | | | | | | 10/15/2014 | 4:48:00 PM | | | 10/15/2014 |
| 9161 | | | | | | 10/14/2014 | 11:32:00 AM | | | 10/14/2014 |
| 9161 | | | | | | 10/10/2014 | 3:19:00 PM | | | 10/10/2014 |
| 916 | | | | | | 10/9/2014 | 10:47:00 AM | | | 10/9/2014 |
| 9161 | | | | | | 10/8/2014 | 1:00:00 PM | | | 10/8/2014 |
| 9161 | | | | | | 10/8/2014 | 2:29:00 PM | | | |
| 9161 | | | | | | 10/7/2014 | 7:27:00 PM | | | |
| 9161 | | | | | | 10/7/2014 | 7:27:00 PM | | | |
| 9161 | | | | | | 10/6/2014 | 12:02:00 PM | | | |
| 9161 | | | | | | 10/6/2014 | 12:02:00 PM | | | |

OCW000018

| CALLSTARTDT | SEQNUM | CALLID | SERVICE_ID | USER_ID | CALLTYPE | PARAM2 | DIALEDNUM | STATION | QUEUEENDDT | CONNCLEARDT | ANI | CALLACTIONDESC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/8/14 2:29 PM |  | | | | | 9161 | 7021 | | | | | |

OCW000019

| Date | Time | Name | Type | Code | Description |
|---|---|---|---|---|---|
| 5/19/2015 | 12:52:13 AM | Yogesh Jaiswal | AUTDOC | | The Bankruptcy case has been closed on this loan. The Post-Petition Next Due Date was 7. The contractual next due date is 09/01/2013. |
| 5/19/2015 | 1:12:35 AM | Background processor | CORR | MADNRI | Monthly Delinquent Account Notice |
| 5/19/2015 | 9:43:07 AM | Background processor | FC | CRPRES | Email ID: Sachin.kalakamani@altisource.com placed on Hold instruction Date: 05-19-2015 As per the notification received by Ocwen, the file is hold |
| 5/19/2015 | 10:16:31 AM | John Dsouza | BK | STAT | BANKRUPTCY STATUS COMMENTS |

From: Dsouza, John
Sent: Tuesday, May 19, 2015 10:16 AM
To: Jaiswal, Yogesh; BKNotification
Subject: RE: Loan # 7143099161 / case # 15-01276-MGM

Hi,

Please note that as per paper, Relief is granted. We do no see any documents regarding Re-instate of the case, hence proceed accordingly.

From: Jaiswal, Yogesh
Sent: Tuesday, May 19, 2015 12:55 AM
To: Dsouza, John
Subject: Loan # 7143099161

Hello,

Case # 15-01276-MGM

We received a new BK notification to open a new BK Module. However in RB BK Module is closed stating 'BK-RELIEF FROM STAY GRANTED'.

Please review PACER and confirm if Relief has been granted or if we need to open a new BK Module.

| Date | Time | Name | Type | Code | Description |
|---|---|---|---|---|---|
| 5/20/2015 | 2:56:30 AM | Muhammad Jugnoo Malim | FC | FCPR | |
| 5/20/2015 | 2:57:36 AM | Muhammad Jugnoo Malim | FC | | |
| 5/20/2015 | 2:57:36 AM | Muhammad Jugnoo Malim | FC | LNACCEL | Foreclosure has been initiated on the account. The loan is now considered accelerated for statement and other purposes. Note: Due to system error I am unable to proceed the bankruptcy relief granted date, so we are Proceed the file as per target date 05/20/2015. |
| 5/20/2015 | 2:58:37 AM | Muhammad Jugnoo Malim | fc | | |

Attorney client Privilege-communication with Clarefield Okon re: foreclosure

| Date | Time | User | Code1 | Code2 | Description |
|---|---|---|---|---|---|
| 5/20/2015 | 2:59:05 AM | Mohammed Jugnoo Halim | FC | FCRDW | FC Remakt. Workflow Cancelled(Completed) |
| 5/20/2015 | 2:59:47 AM | Mohammed Jugnoo Halim | LR | BKINFO | BK INFO to be reviewed. BKVerification Mail Box : |
| 5/20/2015 | 5:38:05 AM | Yogesh Jaiswal | BK | WFCAN | Workflow Cancelled |
| | | | | | Received: Please note that as per paper, Relief is granted. We do no see any documents requesting Re-instate of the case, hence proceed accordingly. |
| | | | | | Case # 15-01276-MGW |
| | | | | | Closed w/f |
| 5/28/2015 | 6:34:20 PM | Max Nieves | LR | CDFMC | Community Outreach Flyer mailed to Customer |
| 6/7/2015 | 6:04:30 AM | Sunil Subramanya | GC | ARTCB | Account Reported to Credit Bureau (As of 09/30/15)EP: 281,477 Mthly Pmt: 1,376 Amt Past Due: 36,630 First occurance: 02/11/15 Status: 84 | Diq >5 Pmts ) Original Chrg Off Amt: 0 Payment History(24 Mons): 6666660006666654320000 |
| 6/7/2015 | 6:35:02 AM | Sunil Subramanya | GC | ARTCB | Account Reported to Credit Bureau (As of 09/30/15)EP: 281,477 Mthly Pmt: 1,376 Amt Past Due: 36,630 First occurance: 02/11/15 Status: 84 | Diq >5 Pmts ) Original Charge Off Amt: 0 Payment History(24 Mons): 6666660006666654320000 |
| 6/9/2015 | 10:14:46 AM | Background Processor | ES | AGINS | INSURANCE COMMENT RCVD NOTICE OF NON RENEWAL |
| 6/10/2015 | 6:58:25 AM | Background processor | LS | DIREQ | Docxhrocks Required |
| 6/11/2015 | 9:51:11 PM | Background Processor | LS | DIORD | Docxhrocks Ordered (1) |
| 6/15/2015 | 4:07:25 AM | Surekaha C Saliyan | CL | NOACTION | No Action Taken On Collection Screen |
| 6/15/2015 | 4:08:18 AM | Surekaha C Saliyan | CL | NOACTION | No Action Taken On Collection Screen |
| 6/15/2015 | 4:17:59 AM | Surekaha C Saliyan | CM | AFFSNT4 | Affidavit received for review - WF 4. **VERIFIED COMPLAINT FOR FORECLOSURE OF MORTGAGE### **VERIFIED COMPLAINT FOR FORECLOSURE OF MORTGAGE### AFFATQ4 **PROCESSED THROUGH RESMARK** |
| 6/15/2015 | 4:18:16 AM | Surekaha C Saliyan | CM | AFFATQ4 | Affidavit placed in the Category queue 4 **VERIFIED COMPLAINT FOR FORECLOSURE OF MORTGAGE### **PROCESSED THROUGH RESMARK** |
| 6/15/2015 | 4:18:40 AM | Surekaha C Saliyan | CM | AFFPLOCS | Complaint Received by CM. |
| 6/15/2015 | 1:31:44 PM | Akhil Augustin Augustin | BNOT | ESCAP | PROCESSED THROUGH RESMARK ESCROW ANALYSIS COMPLETED |
| 6/16/2015 | 11:12:48 AM | Background processor | CORR | MADNRI | Monthly Delinquent Account Notice |
| 6/16/2015 | 5:27:34 AM | Background processor | CORR | STMTGEN | As of 06/16/2015 Past Due 32,401.48 Curr Due 1,413.33 Total Due 299,175.37 Requested By auto-bu |

Attorney Client Privileged



| Date | Time | User | | | Detail |
|---|---|---|---|---|---|
| 6/16/2015 | 2:49:05 PM | Samuel Moreno | CL | NOACTION | No Action Taken On Collection Screen |
| 6/18/2015 | 9:05:53 PM | Shah, Heena U | CORR | ACCTSHORT | ACCT_HIST_SHORTAGE Letter mailed / Mailed 06/18/2015 / Requested Date 06/15/2015 / Printed (Letter Generation Date) 06/16/2015 |
| 6/19/2015 | 1:55:25 AM | Background Processor | LS | DIREC | DoorKnocks Received / [1] Occupied / Form Name: Exterior Property Inspection ..... Sub Form Name: Inspection Information ..... Current Occupancy Status:Occupied ..... Verification Type :Visual ..... Exterior property condition:Average ..... Maintenance recommended?:No ..... Sub Form Name: Inspection Information ..... Violations identified during inspections:No ..... For sale sign :No ..... Inspection Date :06/19/2015 |
| 6/25/2015 | 4:29:50 PM | Katie Drouin | CM | CMVER | Contract Management Verification Review / **VERIFIED COMPLAINT FOR FORECLOSURE OF MORTGAGE** |
| 6/25/2015 | 5:19:31 PM | Katie Drouin | CL | NOACTION | No Action Taken On Collection Screen |
| 6/26/2015 | 11:22:32 AM | Rene Martinez | CM | AFFIMG13 | Complaint Verifications Sent to Imaging queue 13 / **VERIFIED COMPLAINT FOR FORECLOSURE OF MORTGAGE** |
| 6/26/2015 | 3:56:00 PM | Background Processor | ES | AGINS | INSURANCE COMMENT BOND NON RENEWAL DOC / 24120 / 1862781V03598759881 |
| 6/29/2015 | 6:04:47 PM | Michelle Meyhart | CM | AFFSIG | [redacted] Attorney Client Privileged |
| 6/30/2015 | 2:10:40 AM | Komal P Gohil | FC | FDAM | [redacted] |
| 6/30/2015 | 2:10:49 AM | Komal P Gohil | LS | WFCAN | Workflow Cancelled |
| 6/30/2015 | 2:13:43 AM | Komal P Gohil | FC | FDROC | Kindly ignore the previous _____ comment. It was placed in error. FDAM |

Attorney Client Privileged

OCW000022



| Date | Time | Name | | | Description |
|---|---|---|---|---|---|
| 6/30/2015 | 2:14:10 AM | Komal P Gohil | | FC | FCUM | |
| | | | | | Verified complaint ▮▮▮▮▮▮▮ |
| | | | | | Account Reported To Credit Bureau (as of 06/30/15)▮▮▮▮ |
| | | | | | Date: 3/7/75 First occurrence: 02/27/15 Status: 84 | Dlq >5 Past | Original Charge Off Amt: 0 Payment |
| | | | | | History/24 Mons: 666666666006666542200000 |
| 7/13/2015 | 3:01:11 AM | Rohit Jadhav | | FC | FCLPG | |
| 7/12/2015 | 4:51:42 AM | Karthikeyan C | | GC | ABTCB | |
| 7/2/2015 | 11:36:06 AM | Background processor | | FC | ABTMP | |
| | | | | | As of 07/16/2015 Past Due 33,814.61 Curr Due 1,453.52 Total Due 299,644.50 Requested By auto-bu |
| | | | | | Monthly Delinquent Account Notice |
| 7/16/2015 | 12:39:08 AM | Background processor | | CORR | MADNRI | |
| 7/16/2015 | 5:46:14 AM | Background processor | | INDT | STMTGEN | |
| | | | | | Dockrocks Ordered |
| | | | | | (1) |
| 7/15/2015 | 3:23:28 PM | Background Processor | | LS | DIORD | |
| | | | | | Quality check completed; No errors found |
| 7/14/2015 | 8:47:24 AM | Pavitra Shetty | | FC | FCHQCP | |
| | | | | | Dockrocks Required |
| 7/13/2015 | 6:50:58 AM | Background processor | | LS | DIREQ | |
| | | | | | Dockrocks Received |
| | | | | | (1) |
| 7/20/2015 | 7:35:22 AM | Background Processor | | LS | DIREC | |
| | | | | | Form Name: Exterior Property Inspection |
| | | | | | ............ |
| | | | | | Sub Form Name: Exterior Property Inspection |
| | | | | | ............ |

......................

Sub Form Name: Inspection Information

......................

Current Occupancy Status:Occupied

Verification Type :Neighbor Contact

Exterior property condition:Average

Maintenance recommended?:No

Sub Form Name: Inspection Information

......................

For sale sign :No

Violations identified during inspections:No

Attorney Client Privileged

Attorney Client Privileged

OCW000023

Attorney Client Privileged

Inspection Date : 07/19/2015

| Date | Time | User | TIME | TODO | |
|---|---|---|---|---|---|
| 7/21/2015 | 2:48:14 PM | Background processor | TIME | TODO | Payment received from Outsource file for $8.75 Source AG2 - waivedAdvance0729 and was forwarded to: cashier queue, user-id Cashier |
| 7/29/2015 | 12:24:25 PM | Chaitra NV | PYMT | PYMT0002 | |
| 7/30/2015 | 2:29:33 AM | Shaikshahottar | FB | FCIB | |
| 8/3/2015 | 9:53:51 PM | Background processor | FB | F840 | Foreclosure fee fee assessed. Amount: 1,260.00 |
| 8/4/2015 | 9:33:50 PM | Ameya Vishwanath Rao | CS | PPRT | Property Preservation Note:Expense was waived due to PPI overcharge. Letter has been dispatched to vendor for mailing. A copy of document will be available in CIS/VAULT for reference. |
| 8/9/2015 | 5:54:28 AM | Karthikeyan C | GC | ARFCB | Account Reported To Credit Bureau (as of 07/31/15+12F): 08/01/13 UPB: 281,477 Mthly Pmt: 1,376 Amt Past Due: 39,363 First occurance: 09/30/13 Status: 84 [ D1q >5 Pmts ] Original Charge Off Amt: 0 Payment History(24 Mnos): 66666666600666666542000 |
| 8/13/2015 | 5:34:21 AM | Background processor | LS | D1REQ | DocsRocks Required |
| 8/14/2015 | 4:18:59 AM | Devika V | FB | FCIB | |
| 8/14/2015 | 6:44:43 PM | Background Processor | LS | D1080 | DocsRocks Ordered (1) |

Details if Fee is Exceeding:

fb41--Check or Prothonotary-(Recoverable from Borrower)--$3.00
fb41--Court Summons-(Recoverable from Borrower)--$50.00
fb41--Filing Fee Complaint-(Recoverable from Borrower)--$1,908.00
fb41--Filing Fee Complaint-(Recoverable from Borrower)--$1.00
fb41--Lis Pendens/NOPA-(Recoverable from Borrower)--$5.00

Attorney Client Privileged



8/16/2015   3:57:14 AM   Background Processor   LS   D1REC

DocsRocks Received
Form Name: Exterior Property Inspection
Sub Form Name: Inspection Information
***********************************
Current Occupancy Status:Occupied
[1]
Verification Type :Neighbor Contact
Exterior property condition:Average
Maintenance recommended?:No
Sub Form Name: Inspection Information
***********************************
Violations identified during inspection:No
***********************************
For sale sign :No
Inspection Date :08/16/2015
As of 08/17/2015 Past Due 35,259.58 Curr Due 4,679.52 Total Due 303,346.52 Requested By auto-bu

8/17/2015   5:25:16 AM   Background processor   BNOT   STMTGEN
8/17/2015   9:49:34 PM   Background processor   FB   F841   Foreclosure Cost fee assessed, Amount: 30.00
8/17/2015   9:49:36 PM   Background processor   FB   F841   Foreclosure Cost fee assessed, Amount: 3.00
8/17/2015   9:49:37 PM   Background processor   FB   F841   Foreclosure Cost fee assessed, Amount: 5.00
8/17/2015   9:49:39 PM   Background processor   FB   F841   Foreclosure Cost fee assessed, Amount: 1,908.00
8/18/2015   12:33:58 AM   Background processor   CORR   MAJUNRI   Monthly Delinquent Account Notice
8/18/2015   11:23:57 AM   Background processor   TIME   TODO

8/25/2015   5:01:14 PM   Sidiq Ahmed   TIME   FBHA

Attorney Client Privileged

8/25/2015   12:11:50 PM   Sidiq Ahmed   FC   FCCMS
8/25/2015   5:00:39 PM   Background processor

Attorney client
Privileged

Attorney Client Privileged

8/25/2015   5:08:57 PM   Ashlee R Stutler   CL   NOACTION   No Action Taken On Collection Screen
8/26/2015   10:25:47 AM   Background processor   TIME   TODO
8/26/2015   3:59:54 PM   Nitesh Ashok Tripathi   CORR   MMLR   Mail Merge Letter Reviewed
SFDC.JPG BK

Attorney Client Privileged

Attorney Client
Privileged

OCW000025



| 8/26/2015 | 9:38:41 PM | Nitesh Ashok Tripathi | CS | RMLS | Relationship Manager Letter Sent SPOC SPO BK Letter has been dispatched to vendor for mailing. A copy of document will be available in CIS/VAULT for reference. | **Attorney Client Privileged** |
| 8/27/2015 | 3:47:37 AM | Gangadhara N | FB | RFTU | Request for Title Search Update | |
| 8/27/2015 | 2:42:52 AM | Background processor | FC | RFTU | | |
| 8/27/2015 | 5:07:10 AM | Gangadhara N | FB | FCIB | | **Attorney Client Privileged** |
| 8/31/2015 | 3:14:51 AM | Onkar R mahadik | TITL | RFTS | Request for title search | |
| 8/31/2015 | 3:14:48 AM | Onkar R mahadik | TITL | TSOPT | Title Search Ordered Premium Title AT-24120 CLARFIELD ORON SALOMONE & PINCUS, PL Request Type: title search Title Search Should be Delivered to: ___ | |
| 8/31/2015 | 9:49:34 PM | Background processor | FB | FR41 | | |
| 8/31/2015 | 9:49:37 PM | Background processor | FB | F840 | | |
| 9/9/2015 | 10:01:53 AM | Mendy Parente | LR | MED5U | | |
| 9/9/2015 | 10:01:56 AM | Mendy Parente | CL | AGN5IS | Specialized BRC Loan Status Update no docs. | **Confidential Mediation** |
| 9/9/2015 | 11:24:14 AM | Ashlee R Stutler | LR | SHL5U | | |
| 9/10/2015 | 1:41:40 PM | Ashlee R Stutler | CL | NOACTION | No Action Taken On Collection Screen | |
| 9/11/2015 | 6:01:46 PM | Shilpa R N | FB | FCIB | | **Attorney Client Privileged** |
| 9/12/2015 | 4:34:03 AM | Karthikeyan Chandrasekaran | GC | ARTCB | Account Reported To Credit Bureau (as of 08/31/15)EF: 08/01/13 DPB: 261;477 Mthly Pmt: 1,396 Amt Past Due: 44,796 First occurance: 09/30/13 Status: 84 | DLq >6 Pmts | Original Charge Off Amt: 0 Payment History(24 Mons): 6666666660006666654J200 | |

1840 - Mediation Fees- (Not Recoverable from Borrower) - $750.00

Details if Fee is Exceeding:

AS PER FNMA

**Attorney Client Privileged**

| Date | Time | Name | Code | Code | Description |
|---|---|---|---|---|---|
| 9/14/2015 | 6:49:39 AM | Ahmed, Zubair | LS | FC | D3REQ FCM&PP Doorknocks Required |
| 9/14/2015 | 1:36:36 PM | Ahmed, Zubair | FC | | FCM&PP |
| 9/14/2015 | 1:36:38 PM | Ahmed, Zubair | LA | | MEDRC Mediation Referral Closed |
| 9/14/2015 | 6:44:53 PM | Kishore Lad Venugopal | TITL | | TSRMTN Title Report sent-National Abstracting ClartiledooificationsNationalsource.com |
| 9/15/2015 | 6:03:56 PM | Background processor | CL | | FMASN Blank |
| 9/15/2015 | 2:26:06 PM | Ashlee R Stutler | CL | | NOACTION No Action Taken On Collection Screen |
| 9/15/2015 | 9:31:16 PM | Background Processor | LS | | D3ORD Doorknocks Ordered |
| 9/16/2015 | 3:41:16 AM | Background processor | BNCT | | STMTGEN An of 09/16/2015 Past Due 39,939.10 Curr Due 2,373.52 Total Due 304,720.01 Requested By auto-bu |
| 9/16/2015 | 12:55:24 PM | Jiwaji Mustafa | LA | | BKACC Bankruptcy Authorization Campaign no active resolution in last 90 days... loan assigned due to CFPB requirement.... MJ |
| 9/16/2015 | 12:55:40 PM | Jiwaji Mustafa | LR | | BKRF3 3rd follow up for BKACR made |
| 9/16/2015 | 12:55:46 PM | Jiwaji Mustafa | CS | | RMICC no active resolution in last 90 days... loan assigned due to CFPB requirement. .. MJ RM Intro Call Completed |
| 9/16/2015 | 9:46:25 PM | Sofiyan Amjed Khan | CS | | RMLS no active resolution in last 90 days... loan assigned due to CFPB requirement... MJ RM Relationship Manager Letter Sent |
| 9/18/2015 | 9:47:13 AM | Background Processor | LS | | D3REC DIREC Doorknocks Received Letter has been dispatched to vendor for mailing. A copy of document will be available in CIS/VAULT for reference. |

[1]
Form Name : Exterior Property Inspection
***********************
Sub Form Name : Inspection Information
***********************
Verification Type :Visual
Current Occupancy Status:Occupied
Exterior property condition:Average
Maintenance recommended?:No
***********************
Sub Form Name: Inspection Information
***********************
Inspection Date :09/17/2015
For sale sign :No
Monthly Delinquent Account Notice
Violations identified during inspection:no

| 9/22/2015 | 12:05:44 AM | Background processor | CORR | | MAINRI Monthly Delinquent Account Notice |
| 9/22/2015 | 12:29:30 AM | Javed Mistry | PO | | POSTSA Payoff Satisfaction Setup Approved |



| Date | Time | User | TYPE | TODO | Description |
|---|---|---|---|---|---|
| 9/29/2015 | 5:00:32 PM | Background processor | | | [REDACTED] |
| 10/5/2015 | 10:29:43 AM | Alan Finlan | LG | LITO | LITIGATION CASE OPENED - LOAN WILL BE REPORTED TO CRAS AS DISPUTED |
| 10/5/2015 | 5:24:39 PM | Susan Stirling | CL | NOACTION | No Action Taken On Collection Screen |
| 10/5/2015 | 5:25:10 PM | Susan Stirling | CL | NOACTION | No Action Taken On Collection Screen |
| 10/5/2015 | 5:25:53 PM | Susan Stirling | CL | NOACTION | No Action Taken On Collection Screen |
| 10/5/2015 | 11:46:16 PM | Ashok F Prajapati | FC | FCPH | File Placed on Hold / Hold Reason:Litigation Comment/Flag & Date:LP Flag Raised on:10/05/2015 |
| 10/6/2015 | 11:46:38 PM | Ashok F Prajapati | | | |
| 10/6/2015 | 12:01:40 PM | James Minns | MOD | AVMRQ | AVM requested |
| 10/6/2015 | 12:01:45 PM | James Minns | ES | FSTKR | Quote monthly tax & insurance escrow payment for short |
| 10/6/2015 | 4:30:31 PM | Nitesh Ashok Tripathi | COBR | MMLR | Mail Merge Letter Reviewed SPOC SPO BK LIT |
| 10/6/2015 | 4:50:10 PM | Nitesh Ashok Tripathi | FC | CRFRSS | Relationship Manager Letter Sent. SPOC SPO BK LIT |
| 10/6/2015 | 9:30:58 PM | Nitesh Ashok Tripathi | CS | RMLS | This is a Litigated/ Contested/Advocacy loan. This document is not mailed to the borrower. Copy of the document will be imaged in CIS/VAULT for future reference. |
| 10/7/2015 | 5:49:48 PM | M Shankar, Mahesh | BM | HBPO | BMP BPO Ordered; 'Investor approved use of Hybrid for modification not AVM |
| 10/7/2015 | 8:05:53 PM | Vijay Raj | COBR | ESCAP | ESCROW ANALYSIS COMPLETED |
| 10/7/2015 | 9:49:25 PM | Vijay Raj | FB | FB33 | Title Report Fee fee assessed. Amount: 300.00 |
| 10/6/2015 | 9:14:23 PM | Vijay Raj | ES | NEPQ3 | New-Escrowed Payment Quote;BMP 3 Month Trial Period: |

New-Escrowed Payment Quote With Pmi:$336.2
Effective Date = -10/06/2015
Current Escrow Balance : $-5,569.34
Projected Escrow Disbursements During Trial:$4034.43
Escrow Disbursements During Trial : $4034.43
Anticipated Balance : $-9403.77
Monthly Tax Amount : $1259.55
Monthly Insurance Amount : $323.25

Breakdown as Follows:

*Monthly PMI / MI Amount : $0*
Projected Base Escrow Payment With Pmi:$336.2
Projected Base Escrow Payment No Pmi:$336.2
Projected Shortage : $4415.2
Projected Shortage Payment : $70.25
Total Projected Escrow Payment : $406.45
Delinquent Tax Amount included in the Escrow Disbursement During Trial: amount : $0

Attorney Client Privileged

Attorney Client Privileged

Attorney Client Privileged

Attorney Client Privileged

OCW000028

| Date | Time | Name | | | Description |
|---|---|---|---|---|---|
| | 5:30:31 PM | M Shankar, Mahesh | MM | BBPORD | BPO Values received |
| | | | | BBPORD | BPO Values received |
| 10/9/2015 | 6:30:46 PM | Danazis Gideon | LS | PPNOTE | Property registration department system update in regards to notifications provided to the vendor received from investors, investor reporting, attorney's, municipalities ASRS Prop Reg First Legal filed date: Sep/29/2015 Eligible for Registration: No |
| 10/9/2015 | 6:31:13 PM | Danazis Gideon | LS | PPNOTE | Property registration department system update in regards to notifications provided to the vendor received from investors, investor reporting, attorney's, municipalities ASRS Prop Reg First Legal filed date: Sep/29/2015 Eligible for Registration: No |
| 10/9/2015 | 6:31:32 PM | Danazis Gideon | LS | PPNOTE | Property registration department system update in regards to notifications provided to the vendor received from investors, investor reporting, attorney's, municipalities ASRS Prop Reg First Legal filed date: Sep/29/2015 Eligible for Registration: No |
| 10/9/2015 | 8:43:43 PM | Vijay Raj | ES | NFEQ | New-Escrowed Payment Quote: Effective Date - 10/06/2015 Current Escrow Balance : $-5559.34 Escrow Disbursements During Trial : $155.43 Anticipated Balance : $-5524.77 Monthly Tax Amount : $312.95 : $321.25 'Monthly PMI / MI Amount : $0'    Monthly Insurance Amount |
| 10/10/2015 | 5:24:44 AM | Luqman KK | GC | ARTCB | Account Reported To Credit Bureau (as of 09/30/15)SPI: 08/01/13 UPB: 281,477 Mthly Pmt: 1.37% Amt Past Due: 46,131 First occurance 09/30/13 Status: 84 [ Dlq >5 Pmts ] Original Charge Off Amt: 0 Payment History(24 Mnth): 666666666666666666664320 BK INFO to be reviewed. RMV: |
| 10/12/2015 | 12:30:02 AM | Moolahi Desai | BK | BKINFO | BANKRUPTCY STATUS COMMENTS - Chapter 7 bankruptcy flag 'Case 8:15-cv-02228-EAK-JSS |
| 10/12/2015 | 3:25:08 PM | Achary Gopinath | BK | STAT | |
| 10/12/2015 | 3:20:32 PM | James Minns | CL | NOACTION | No Action Taken On Collection Screen |
| 10/12/2015 | 12:16:22 PM | James Minns | CL | NOACTION | No Action Taken On Collection Screen |
| 10/13/2015 | 2:43:04 AM | ShailendraJadeja | MOD | LMVALRQ | Loss Mitigation Valuation Report Request: Management Solicitation Team - Please review the below from managing counsel and request you to raise the |
| 10/13/2015 | 9:23:17 AM | Vijay Raj | ES | ESCAD | ESCROW ANALYSIS DELETED, NEW ANALYSIS REQUIRED |
| 10/14/2015 | 11:38:01 AM | James Minns | CL | NOACTION | No Action Taken On Collection Screen |

Projected Base Escrow Payment With Pmi: $336.2
Projected Base Escrow Payment No Pmi: $336.2
Projected Shortage : $425.2
Projected Shortage Payment : $70.25
Total Projected Escrow Payment : $406.45
Delinquent Tax Amount included in the Escrow Disbursement During Trial amount : $0   - This Comment was auto-generated in batch mode.

Attorney Client Privileged

10/14/2015    11:40:24 AM    James Minns    57    MODP

Settlement
Communications

OCW000030



Settlement
Communications

OCW000031



Settlement
Communications

OCC000032



| 10/14/2015 | 9:30:37 PM | Julie Francis | BK | BKINFO |

BK INFO to be reviewed.

Verification Mail Received as : 8:15-bk-01276-MGW January 11, 2015. Middle District of Florida Bankruptcy Court. Lynn E. Fepadc

Mailed as : For case# 15-bk-01276-MGW
We received a new BK notification to open a new BK Module.
However in BS BK Module is closed stating "BK RELIEF FROM STAY GRANTED".
Please review PACER and confirm if Relief has been granted.
Kindly provide reason for same and relief documents or advice if we need to open a new BK Module.

Note: Please copy all parties while responding to this mail.

| 10/15/2015 | 3:55:40 AM | Raymond, Viyama A | PO | PQ007 |

Outstanding fee requested for Mod Quote
fc allred@cosplaw.com; feesandcosts@cosplaw.com

| 10/15/2015 | 9:12:37 AM | John Dsouza | BK | DSCG |

BANKRUPTCY DISCHARGED:
(1)
Bankruptcy Petition #: 8:15-bk-01276-MGW

Assigned to: Michael G. Williamson
Chapter 7
Voluntary
Asset
Claims Register

Debtor disposition: Standard Discharge
Date Filed: 02/11/2015
Debtor discharged: 05/20/2015
(1)
341 meeting: 03/19/2015
Deadline for filing claims: 08/17/2015
Deadline for objecting to discharge: 05/18/2015

Debtor
Lynn E. Fepadc
2973 Brookfield Lane
Clearwater, FL 33761
PINELLAS-FL
SSN / ITIN: xxx-xx-5725

| 10/15/2015 | 9:16:50 AM | John Dsouza | BK | STAT |

| 10/15/2015 | 1:56:21 PM | Brian Clark | CL | NONACTION |

No Action Taken On Collection Screen

Attorney Client Privileged

| 10/15/2015 | 2:43:14 PM | James Minns | CL | NOACTION | No Action Taken On Collection Screen |
| 10/15/2015 | 8:58:26 PM | Danish Merchant | MOD | LMVALLS | Loss Mitigation Valuation Report Letter Sent<br>3103503418<br>Hypid.pdf<br>This is a Litigated/ Contested/Advocacy loan. This document is not mailed to the borrower. Copy of the document will be imaged in CIS/VAULT for future reference.<br>BK/ |
| 10/16/2015 | 6:07:20 AM | Neeraj Ismail | BK | BKINFO | BK INFO to be reviewed.<br>BK/:<br>email received from BKC as:<br>As per pacer, we do not see any document regarding Re-instate of the case, hence proceed accordingly.<br>Please find the Relief documents from pacer.<br>14<br>(0 pgs)<br>04/30/2015   Order Granting Motion for Relief From Stay filed by Deutsche Bank National Trust Company (Related Doc # 10) Service Instructions: Nirvani Singh is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Ryan) (Entered: 04/30/2015)<br>10<br>(39 pgs; 4 docs)<br>03/31/2015   Motion for Relief from Stay (Fee Paid.) Re: 1243 Royal Oak Dr., Dunedin, Florida 34698. Contains Negative Notice. Filed by Nirvani D Singh on behalf of Creditor Deutsche Bank National Trust Company (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit (Singh, Nirvani) (Entered: 03/31/2015) |

OCW000034



10/19/2015     1:16:59 AM   Raymond, Viyana A     FB     POQ08

Outstanding Fees and Costs Received for Mod Quote
RE: FORECLOSURE: Outstanding Fees & Costs Quote Request for Modification- 7143099161

Attorney Client
Privileged

OCW000035

10/19/2015

10/19/2015

1:18:05 AM

7:09:53 AM

Raymond, Viyana A

Background processor

CS

CDBR

MODAY

RESNO

Quote processed for mod calculation purpose only

10 Day Non HAMP Letter (1)

Thanking you,
Ocwen

*****************************************************
This E-mail message and any attachments are intended solely for the use of the addressee hereof and may
contain information that is confidential, privileged and/or exempt from disclosure under applicable law.
Delivery of this message to any person other than the intended recipient shall not constitute a waiver of
any right, privilege or exemption. If you are not the intended recipient, please immediately notify the
sender by reply E-mail and permanently delete this message from your system without reproducing or
disclosing it to any third party. While Ocwen Financial Corporation and its subsidiaries take reasonable
precautions to prevent transmission of software viruses, we cannot guarantee the same and we therefore
disclaim liability for any damage sustained by you or any third party as a result thereof.
*****************************************************

Attorney Client
Privileged

10/19/2015   8:32:09 AM   Nabila Lakdawala   CS   MODRX\$   Quote approved for mod calculation purpose only

'Checked the email response received from attorney/coordinator for fees & costs'

Settlement
Communications

OCW000037



10/19/2015    8:36:37 AM   Vaibhav Vaskar      LS     MODSM    LOAN MOD PROCESSED AS A DISCOUNT MOD.
10/19/2015    8:40:35 AM   James Minns       CORR     SBALL    Straight Balloon Modification Requested



Settlement
Communications

OCW000038

10/19/2015

8:40:38 AM   Vaibhav Vakkar

COBR

MAFVD



Settlement
Communications

CW000039

10/19/2015

8:40:40 AM   Background processor

MOD

MDAF130

30 Day Modification Denial Appeal Period

Settlement Communications

OCW000040

| Date | Time | Name | | | Comment |
|---|---|---|---|---|---|
| 10/19/2015 | 4:52:59 PM | Salve, Pratibha A | FC | FCHPID | Review Comment: Attorney/Department Name: Hold Reason: Comment & Date: Manual review and all required follow ups completed Review Comment Attorney/Department Name: NA Hold Reason: Litigation Comment & Date: LP Flag Raised on 10/05/2015 Hold Reason: LP Flag Raised on 10/05/2015 Manual review and all required follow ups completed As per the hold review done the file is on hold for valid reason. Followup not done as the hold is within SLA. |
| 10/20/2015 | 8:58:42 AM | Kushwaha Rupesh Manager | FC | FCHQP | The file has been transferred in the name of Kumar,Prashant in Real Resolution Quality check completed. No errors found |
| 10/21/2015 | 10:15:54 PM | Shoaib S Shaikh | MOD | NEST | Modification plan sent SHALL STEP 1 This is a litigated/ Contested/Advocacy loan. This document is not mailed to the borrower. Copy of the document will be imaged in CIS/VAULT for future reference. |
| 10/22/2015 | 12:36:24 AM | Background processor | CORR | MACHRI | Monthly Delinquent Account Notice |
| 10/22/2015 | 11:55:50 AM | James Minns | LG | SNMOP | Is it a TOTAL DEBT Mod _____ or DISCOUNTED Mod: _____ $ _____ (new upb) at _____ % for _____ months Escrow Payment: _____ First Mod payment Date: _____ Maturity Date of Mod _____ ** NRC Resolution Pending. Specialized Loan. Entering SMOP for tracking/credit purposes ** Resolution type: Modification Resolution approval code and date: MAPVD - 10/19/2015 Authority updated in Counsel Link |
| 10/22/2015 | 11:55:57 AM | James Minns | LR | SHLSU | Specialized NRC Loan Status Update |
| 10/22/2015 | 6:42:54 PM | Viren Ishvarlal Marlekar | CORR | AQA | ATTRIBUTION QUALITY APPROVED 'Document date:- 10-15-2015 Document Image Date:- 10-19-2015 Document Name:- Property Reports_Hybrid_CFPB Valuation Correspondence' |

| Date | Time | Name | Code | Code | Description |
|---|---|---|---|---|---|
| 10/22/2015 | 9:51:14 PM | Julie Francis | BK | BKINFO | BK INFO to be reviewed. |

Verification Mail Received as :The borrower for the above-referenced loan filed a Chapter 7 Bankruptcy Petition. Just to ensure that no collection or litigation issue occurs going forward, we need to ensure that the following flags are raised. To the extent they have not, please do so and confirm once complete.

- The Bankruptcy flag is raised;
- The Chapter 7 flag is raised;
- The No Contact flags are raised;
- The No Statements flags are raised; and
- The No communications

Reply Received as :Thank you. You do not need to open a new BK Module. Please just leave the flags/codes as they are reflected in Real Servicing today (Chapter 7 and No Contact).
We appreciate your attention to this matter.

| Date | Time | Name | Code | Code | Description |
|---|---|---|---|---|---|
| 10/28/2015 | 5:34:18 PM | Wiley Koiipitchai | LR | SHLSU | Specialized SRC Loan Status Update |
|  | 6:48:38 AM | P. Makunda | T2AG1 | T2AG1 | REQUEST APPROVAL FOR ESC DISB OF |
| 11/23/2015 | 2:36:12 PM | Susan Stirling | CL | NONACTION | CODE WITH NO-TAXDISB = "Y" ** No Action Taken On Collection Screen |
|  | 3:44:07 PM | Varghese Kurian | T2AG2 | T2AG2 | ESCROW DISBURSEMENT        163.01  APPROVED BY Varghese Kurian ESCROW TYPE 31 VENDOR PINELLAS COUNTY ** LOAN HAS A HOLD CODE WITH NO-TAXDISB = "Y" ** ESCROW TYPE 31 VENDOR PINELLAS COUNTY ** |
| 11/5/2015 | 8:57:50 AM | Background Processor | ES | AGINS | INSURANCE COMPANY OBSPT/ NO UTIL UNABLE TO TAG CALL INECO AGENCY NAME     CALL GOT CONNECTED TO 727-441- |
| 11/6/2015 | 5:13:43 AM | Viren Ishvarlal Karlekar | CORR | AQA | ATTRIBUTION QUALITY APPROVED 'Document date:-10-06-2015 Document Image Date:- 10-08-2015 Document Name:- MISCELLANEOUS MAIL MERGE_JM LETTER' |
| 11/10/2015 | 2:32:35 PM | Wiley Koiipitchai | CL | NONACTION | No Action Taken On Collection Screen |
| 11/10/2015 | 3:57:44 PM | Susan Stirling | CL | NONACTION | No Action Taken On Collection Screen |
| 11/12/2015 | 4:32:59 PM | Haresh Pathode | CORR | EMLIC | Email Inquiry Completed |
| 11/13/2015 | 5:50:21 PM | SanathKumar Poojary | CORR | EMLIC | Email Inquiry Completed |
| 11/16/2015 | 1:28:18 PM | Jefferson Miranda | CORR | EMLIC | email responded- litigation Litigation |
| 11/16/2015 | 10:03:00 AM | Vijay Raj | ES | ESCANA | Email received from 019102 - Litigation MSNT Query Analysis Reversal Approved Browse mode analysis was performed to generate NEFQ quote. Browse mode analysis has been backed out now. |
| 11/17/2015 | 12:45:59 AM | Background processor | CORR | MADMRI | Monthly Delinquent Account Notice |
| 11/17/2015 | 10:33:26 AM | Wiley Koiipitchai | LR | SHLSU | Specialized SRC Loan Status Update |
| 11/18/2015 | 4:49:17 PM | Jefferson Miranda | CORR | EMLIC | Email Inquiry Completed |
| 11/18/2015 | 5:28:03 PM | James Minns | CL | NONACTION | Email received from 019102 - Litigation MSNT Query |
| 11/19/2015 | 10:20:56 AM | Haresh Pathode | CORR | EMLIC | Email Inquiry Completed Specialized Home Retention |

OCW000042

12/2/2015

8:47:18 PM   Fernandez, Victor

AR

NHMPSRLT

Non-HAMP steps - issued letter to borrower notifying of pending step rate change.
Non HAMP Step Rate
This is a Litigated/ Contested/Advocacy loan. This document is not mailed to the borrower. Copy of the document will be imaged in CIS/VAULT for future reference.

| LOANNUMBER | EFFECTIVE | RV | TRN | DESCRIPTION | NXT DUE/REF | REVERSED | PRINCIPAL | ESCROW | AMOUNT | PRINCIPAL | INTEREST | ESCROW | SUSPENSE | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮▮ | 2/11/2013 | | NLD | Loan Disbursement | NL NewLoan Setup Balances | | -284356.41 | 0 | -284356.41 | -284356.41 | 0 | 0 | 0 | 0 |
| | 2/11/2013 | | ESP | Escrow Payment | NL NewLoan Setup Balances | | 284356.41 | 881.63 | 881.63 | 0 | 0 | 881.63 | 0 | 0 |
| | 4/5/2013 | R | | Regular Payment | 5/1/2013 | | 283782.35 | 1152.29 | 1353.45 | 574.06 | 473.93 | 270.66 | 0 | 34.8 |
| | 5/13/2013 | R | | Regular Payment | 6/1/2013 | | 283207.33 | 1422.95 | 1353.45 | 575.02 | 472.97 | 270.66 | 0 | 34.8 |
| | 6/7/2013 | R | | Regular Payment | 7/1/2013 | | 282631.35 | 1693.61 | 1353.45 | 575.98 | 472.01 | 270.66 | 0 | 34.8 |
| | 7/8/2013 | R | | Regular Payment | 8/1/2013 | | 282054.41 | 1964.27 | 1353.45 | 576.944 | 471.05 | 270.66 | 0 | 34.8 |
| | 8/8/2013 | R | | Regular Payment | 9/1/2013 | | 281476.51 | 2234.93 | 1353.45 | 577.9 | 470.09 | 270.66 | 0 | 34.8 |
| | 11/12/2013 | | EID | Insurance Escrow Disb | 50 Hazard Insurance | | 281476.51 | -1187.07 | -3422 | 0 | 0 | -3422 | 0 | 0 |
| | 11/13/2013 | | ETD | Tax Escrow Disbursement | 31 | | 281476.51 | -1334.91 | -147.84 | 0 | 0 | -147.84 | 0 | 0 |
| | 11/12/2014 | | EID | Insurance Escrow Disb | 50 Hazard Insurance | | 281476.51 | -5213.91 | -3879 | 0 | 0 | -3879 | 0 | 0 |
| | 11/13/2014 | | ETD | Tax Escrow Disbursement | 31 | | 281476.51 | -5369.34 | -155.43 | 0 | 0 | -155.43 | 0 | 0 |
| | 7/29/2015 | | EXW | Expense Waive | | | 281476.51 | -5369.34 | 8.75 | 0 | 0 | 0 | 0 | 8.75 |
| | 11/10/2015 | | ETD | Tax Escrow Disbursement | 31 | | 281476.51 | -5532.35 | -163.01 | 0 | 0 | -163.01 | 0 | 0 |

OCW000044