UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNN FEGADEL,

    Plaintiff,

v.                                    CASE NO. 8:15-cv-2228-T-17JSS

OCWEN LOAN SERVICING, LLC,

    Defendant.
_____/

## **JOINT STATEMENT OF THE PARTIES**

Pursuant to this Court's August 3, 2017 Order, Doc. 66, Plaintiff Lynn Fegadel and Defendant Ocwen Loan Servicing, LLC, hereby provide this joint statement to inform the Court regarding the status of ongoing settlement communications. The parties are actively conferring and are continuing to gather additional factual and analytical data relevant to their settlement negotiations. The parties respectfully request that the Court continue the stay and administrative closure of this matter to allow the parties to continue to work cooperatively toward a potential settlement.

| | |
|---|---|
| Respectfully submitted,<br><br>/s/ *Katherine Earle Yanes*<br>Katherine Earle Yanes (FBN 0159727)<br>kyanes@kmf-law.com<br>Brandon K. Breslow (FBN 0123755)<br>bbreslow@kmf-law.com<br>KYNES, MARKMAN & FELMAN, P.A.<br>Post Office Box 3396<br>Tampa, Florida 33601-3396<br>Telephone:    (813) 229-1118<br>Facsimile:    (813) 221-6750<br><br>*Co-Counsel for Plaintiff Lynn Fegadel* | **BLANK ROME LLP**<br><br>*/s/ Joseph E. Culleiton*<br>Joseph E. Culleiton<br>JCulleiton@BlankRome.com<br>*Admitted Pro Hac Vice*<br>Paul J. Sodhi<br>Florida Bar No. 42353<br>PSodhi@BlankRome.com<br>Bocaeservice@BlankRome.com<br>500 E. Broward Blvd., Suite 2100<br>Telephone: 954-512-1800<br>Facsimile: 954-512-1818<br><br>*Counsel for Defendant Ocwen Loan Servicing, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this statement was furnished to all counsel of record listed below by the CM/ECF System on August 28, 2017:

Joseph Culleiton
Paul Sodhi
jculleiton@blankrome.com
psodhi@blankrome.com

Gus M. Centrone
Brian L. Shrader
Centrone & Shrader, LLC
gcentrone@centroneshrader.com
bshrader@centroneshrader.com

/s/ *Katherine Earle Yanes*
Katherine E. Yanes